**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9     ARTHUR T. SAMPLE,

10          Plaintiff,                                No. C 07-04814 JSW

11     v.

12     MICHAEL J. ASTRUE,                   **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

13          Defendant.

14     _____/

15          IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and

16     that the Clerk issue the summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the

17     Northern District of California serve, without prepayment of fees, a copy of the complaint, any

18     amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the

19     defendant.

20          **IT IS SO ORDERED.**

21

22     Dated: September 21, 2007                    _____

23                                                  JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28