IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR T. SAMPLE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.
_____/

No. C 07-04814 JSW

**ORDER REFERRING MOTION FOR AWARD OF ATTORNEYS' FEES TO MAGISTRATE JUDGE**

On April 24, 2009, Plaintiff filed a motion for attorneys' fees and costs. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: April 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom