UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR T. SAMPLE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 07-04814 JSW (EDL)

NOTICE AND ORDER SETTING
BRIEFING SCHEDULE

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiff's Motion for Attorneys' Fees and Costs, filed in the above-entitled action on May 14, 2010. The Court finds the motion to be appropriate for decision **without oral argument**.

Defendant filed its opposition on May 27, 2010. Accordingly, plaintiff shall file its reply no later than June 7, 2010.

## LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as otherwise noted above, all documents shall be filed at the Clerk's Office in compliance with Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered.

If documents are filed electronically, a paper chambers copy of each electronically filed document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper

1  chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an
2  envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not
3  <u>file</u> a paper copy of any document with the Clerk's Office that has already been filed electronically.
4      Any party seeking an award of attorney's fees or other expenses in connection with this motion
5  shall file a motion in accordance with Civil Local Rule 37-3.

6  Dated:  June 2, 2010

   _____
7  ELIZABETH D. LAPORTE
   United States Magistrate Judge