IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. SAMPLE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>Defendant._____/ | No. C 07-04814 JSW<br><br>**ORDER ADOPTING SECOND REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's second Report and Recommendation ("Report") regarding Plaintiff's second motion for award of attorney's fees. (Docket Nos. 35, 41.) There have been no objections filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's second motion for attorney's fees is GRANTED. Fees in the amount of $ 34800 are awarded, and Plaintiff's counsel shall reimburse Plaintiff in the amount of $6,978.12 previously paid under the Equal Access to Justice Act, for a net total of $27, 821.88.

**IT IS SO ORDERED.**

Dated: November 9, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE